UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP O. EMIABATA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK, et al.,<br><br>Defendants. | CASE NO. C18-1571 MJP<br><br>ORDER OF DISMISSAL |

On December 17, 2018, this Court filed an Order to Show Cause re: Dismissal in which it outlined its "grave doubts about whether subject matter jurisdiction exists [in this matter] and, even if that were the case, whether venue is proper in this Court." (Dkt. No. 8.) Plaintiff was ordered to respond by January 7, 2019 regarding why the matter should not be dismissed for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue. (Id.) On January 7, 2019, the Court received Plaintiff's Motion for Extension of Time to Respond to Order to Show Cause (Dkt. No. 10); that request was granted and Plaintiff was given until January 28, 2019 to file his response to the OSC. (Dkt. No. 11.)

The deadline for Plaintiff's response has come and gone. The Court has received nothing from him indicating how the Court has jurisdiction over his matter, or why venue is proper in this District. In the absence of any response, the Court is left with no alternative.

IT IS ORDERED that the above-entitled matter is DISMISSED for lack of subject matter jurisdiction, personal jurisdiction and on further grounds that venue is not proper in this District.

The Clerk's Office is directed to mail a copy of this Order by certified mail (return receipt requested) to Appellant.

Dated this 21st day of February, 2019.

Marsha J. Pechman
United States Senior District Judge