|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| PHILIP O EMIABATA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C18-1571 MJP<br><br>ORDER ON MOTION FOR IN FORMA PAUPERIS STATUS ON APPEAL |

On February 21, 2019, this Court entered an Order of Dismissal in the above-entitled matter. (Dkt. No. 12.) Plaintiff had been given an opportunity to respond to an Order to Show Cause (Dkt. No. 8) and explain his bases for subject matter jurisdiction and venue and failed to do so, leaving the Court with no alternative but to terminate his lawsuit.

On March 11, 2019, Plaintiff filed a Notice of Appeal to the Ninth Circuit (Dkt. No. 15), along with a Motion In Forma Pauperis (Dkt. No. 16) requesting to be allowed to continue his IFP status while prosecuting his appeal. In that motion, he cites FRAP 24(a)(3) as grounds for granting the motion. FRAP 24(a)(3) ("Proceeding In Forma Pauperis/Leave to Proceed In

Forma Pauperis") states that, if the party was granted IFP status in district court (which Plaintiff was) he may proceed on appeal IFP *unless* "the district court -- before or after the notice of appeal is filed -- certifies that the appeal is not taken in good faith." FRAP 24(a)(3)(A).

The Court asserts in no uncertain terms that this appeal is not taken in good faith. The Order to Show Cause issued in December 2018 laid out, in simple terms with clear references to case documents and federal statutes, its doubts about whether subject matter jurisdiction existed and whether the Western District of Washington was the appropriate venue for Plaintiff (a Texas resident) to sue corporations headquartered in Colorado, Pennsylvania, and Arizona. (Dkt. No. 16 at 2.) Plaintiff was given three weeks to file a response. He filed nothing. The Court fails to see how his appeal is any more meritorious than the lawsuit itself.

This Court hereby certifies that the appeal of this matter is not taken in good faith, and the motion to be granted IFP status on appeal is DENIED.

In accordance with FRAP 24(a)(4), the clerk is ordered to provide copies of this order to Plaintiff (by mail, return receipt requested) and to the Ninth Circuit Court of Appeals.

Dated March 14, 2019.

*[signature]*
Marsha J. Pechman
United States Senior District Judge